Montgomery Door and Sash Company, Respondent, v. Elijah Yerks and Others, Composing the Firm of Yerks & Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emil F. Scharff, Respondent, v. Margaretta Scharff and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

M. Lindheim & Company, Respondent, v. Central National Realty and Construction Company and John V. Signell, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John F. Adams, as Administrator, etc., of William Adams, Deceased, Respondent v. Baker, Smith & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Philip J. Cogan and Others, Respondents, v. John O'Brien and John C. Sheehan, Appellants.— Order affirmed, with ten dollars costs and disbursements, on authority of *Boisnot* v. *Wilson* (95 App. Div. 489).

Elmer V. Bedell, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. (Clarke, J., dissenting.)

Henry W. Sackett and Others, Doing Business under the Firm Name and Style of Sackett, Bacon & McQuaid, Respondents, v. John E. Milholland, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Central Trust Company, Respondent, v. Amy D. Egleston and Others, Appellants, Impleaded with William C. Egleston and Others, Respondents.— Judgment affirmed, with costs, on opinion in the court below. (Reported in 47 Misc. Rep. 475.)

The People of the State of New York ex rel. Albert J. Hatch, Appellant, v. Edward Reardon, a Peace Officer of the County of New York, Respondent.— Reargument ordered second week of January, 1906.

Francis J. O'Connor v. The City of New York.— Motion denied. See memorandum.

Rosina Vollhart v. James H. Searles.— So much of motion as seeks to vacate judgment granted; so much as asks for return of amount paid for costs denied.

Tompkins McIlvaine v. George Steinson.— Motion granted.

Gottlieb v. Dole.— Motion to amend granted so as to have decision read as stated in memorandum per curiam.

Elizabeth Illingsworth, as Executrix, v. William P. Illingsworth and Others. — Motion denied, without costs. See memorandum.

Eugene Van Schaick, v. State Banking and Safe Deposit Company.— Motion granted so far as to dismiss appeal, with ten dollars costs.

Eugene Van Schaick v. State Banking and Safe Deposit Company.— Motion granted so far as to dismiss appeal, with ten dollars costs.

Eugene Van Schaick v. State Banking and Safe Deposit Company.— Motion granted so far as to dismiss appeal, with ten dollars costs.

Eugene Van Schaick v. State Banking and Safe Deposit Company.— Motion granted so far as to dismiss appeal, with ten dollars costs.

Edna Fischer v. Henry Fischer and Others.— Motion denied upon payment of ten dollars costs, and on payment of an additional ten dollars respondents have leave to apply to the court below to open default; and upon failure of* to do so promptly, leave given to appellant to renew motion to dismiss.

Amelia Vitzthum v. Interurban Street Railway Company.— Motion granted, with ten dollars costs. See memorandum.

Thomas P. McKenna v. Michael Tully and Others.— Motion denied, with ten dollars costs.

Leonhard Michel v. John F. Betz.— Motion granted and questions certified as stated in memorandum.

Albert Lilienthal and Others v. John F. Betz.— Motion granted and questions certified as stated in memorandum.

Albert T. Weston v. Commercial Advertiser Association.— Motion granted and question certified as stated in memorandum.

Matter of Maurice Boom.— Motion denied, with ten dollars costs.

Lucius Stewart v. New York City Railway Company.— Motion denied, with ten dollars costs.

Nicholas Morris v. New York City Railway Company.— Motion denied, with ten dollars costs.

* *Sic.*